**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  5:18CR335 |
| | ) | |
|     Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | **NOTICE OF** |
| | ) | **DEFENDANT WARNER'S** |
| JASON WARNER | ) | **WITHDRAWAL OF SECOND** |
| | ) | **OBJECTION** |
|     Defendant. | ) | |

Now comes the Defendant who withdraws his second objection to the guideline calculations.  Upon further review of caselaw and the presentence investigation, counsel believes the objection based upon the failure to award the Defendant a two point reduction should be withdrawn.

Respectfully submitted,


/s/James W. Haupt
JAMES W. HAUPT - #0084212
Attorney for Defendant
5458 Fulton Dr. NW - Suite C
Canton, OH  44718
(330) 526-8021


**PROOF OF SERVICE**

A copy of the foregoing was sent to Attorney Michael A. Sullivan, counsel for the plaintiff via the electronic filing system on the 14th day of January 2019.


/s/James W. Haupt

JAMES W. HAUPT
Attorney for Defendant